Judge Timothy W. Dore
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

PHOENIX FTA, LLC,

Debtor.

No. 10-18498-TWD

ORDER DISMISSING
CHAPTER 11 CASE

THIS MATTER having come before this Court for hearing upon the United States Trustee's Motion to Convert or Dismiss Chapter 11 Case and for Entry of Judgment for Quarterly Fees; timely notice of the hearing having been given to the debtor, all creditors and other parties in interest; the Court having reviewed the Court file, heard argument of counsel, and being otherwise fully advised in the premises; and good cause having been shown for dismissing this chapter 11 case under 11 U.S.C. §1112(b), it is

ORDERED as follows:

1. This chapter 11 case is hereby dismissed.

2. The Clerk of the Court shall forthwith provide notice of the dismissal of this case to the debtor, all creditors, and other parties in interest.

DATED

TIMOTHY W. DORE
UNITED STATES BANKRUPTCY JUDGE

ORDER DISMISSING
CHAPTER 11 CASE - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, Washington 98101-1271
(206) 553-2000, (206) 553-2566 (fax)

1  Presented by:

2  ROBERT D. MILLER JR.
3  United States Trustee

4
   /s/ William L. Courshon
5  _____
   WILLIAM L. COURSHON, WSBA #20468
6  Attorney for the United States Trustee

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DISMISSING
CHAPTER 11 CASE - 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, Washington 98101-1271
(206) 553-2000, (206) 553-2566 (fax)